IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER L. BOYER, PhD, JD,** | : | No. 2:24-CV-01066 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Fischer |
| | : | |
| **PENNSYLVANIA WESTERN UNIVERSITY,** | : | |
| | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of Plaintiff, Jennifer L. Boyer, PhD, JD, and Defendant, Pennsylvania Western University, by and through their undersigned counsel, all parties to this action hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice. Please kindly dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

/S/   Colleen E. Ramage
Colleen Ramage
PA ID No. 64413
Ramage Lykos, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 325-7700
Counsel for Plaintiff

/S/   McCall B. Chafin
McCall B. Chafin
PA ID No. 328772
PA Attorney General's Office
1521 Waterfront Place
Pittsburgh, PA 15222
(412) 235-9088
Counsel for Defendant

## ORDER OF COURT

AND NOW, this 3rd day of April, 2025, upon consideration of the Joint Stipulation to Dismiss Case With Prejudice,

IT IS HERBY ORDERED that said Stipulation is GRANTED;

IT IS FURTHER ORDERED that pursuant to Rule 41(a)(1)(A)(ii), this case is dismissed, with prejudice.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge